NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Appellant*

v.

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2014-1510

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00006.

---

**JUDGMENT**

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for appellant. Also represented by ROLF STADHEIM.

RUFFIN B. CORDELL, Fish & Richardson, P.C., Washington, DC, argued for appellee. Also represented by TIMOTHY W. RIFFE, ADAM SHARTZER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 12, 2015                    /s/  Daniel  E.  O'Toole
    Date                          Daniel E. O'Toole
                                  Clerk of Court